FILED

JUN 1 2 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PLAINTIFF REVEREND FRANKLIN C. REAVES, PH.D.)
POST OFFICE BOX 254 )
CHADBOURN, NORTH CAROLINA 28431 )
TELEPHONE (910) 918-2762 )
)
PLAINTIFF REVEREND SARAH SIMON-ARNOLD )
POST OFFICE BOX 1072 )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-386-2933 )

PLAINTIFF ROGER ARNOLD
POST OFFICE BOX 1072
JOHNSONVILLE, SOUTH CAROLINA 29555

PLAINTIFF CASSANDRA GRAHAM
POST OFFICE BOX 293
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-621-0103

PLAINTIFF DONNA BURROUGHS
139 ANDERSON STREET
LAKE CITY, SOUTH CAROLINA 29560
TELEPHONE NO. 843-699-9315

PLAINTIFF SUSIE HEMINGWAY
737 ASHLEY ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-493-2240

PLAINTIFF DARLENE JOHNSON DAVIS
933 FRANKLIN DRIVE
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 597-7168

PLAINTIFF LUE THELMA JOHNSON
2408 WEST HIGHWAY 378
GRESHAM, SOUTH CAROLINA 29546
TELEPONE (843) 362-0799

PLAINTIFF MERISTEIN MOORE
2413 WEST HIGHWAY 378
GRESHAM, SOUTH CAROLINA
TELEPHONE (843) 362-9906

CASE NO:

COMPLAINT
[JURY TRIAL
REQUESTED]

Case: 1:12-cv-00955
Assigned To : Friedman, Paul L.
Assign. Date : 6/12/2012
Description: Pro Se Gen. Civil

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED
Mail Room

MAY 2 3 2012

1

PLAINTIFF KENYATTA MOORE )
2413 WEST HIGHWAY 378 )
GRESHAM, SOUTH CAROLINA )
TELEPHONE (843) 601-3762 )
)
PLAINTIFF CAROLYN T. COOPER )
POST OFFICE BOX 552 )
HEMINGWAY, SOUTH CAROLINA 29554 )
TELEPHONE (843) 558-5877 )
)
PLAINTIFF LEATHIA MAE BROWN )
916 WRIGHT BOULEVARD, APARTMENT A )
HIGHWAY 378 )
CONWAY, SOUTH CAROLINA 29527 )
TELEPHONE (843) 456-2351 )
)
PLAINTIFF DAVID JEROME CURRY )
458 EAST HIGHWAY 378 HANNAH )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE (843) 493-3690 )

PLAINTIFF MARTHA B. CURRY )
458 EAST HIGHWAY 378 HANNAH )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE (843) 493-3690 )
)
PLAINTIFF CATHERINE BELIN )
1619 SOUTH OLD RIVER ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE (843) 496-9346 )
)
PLAINTIFF CAROLYN HEMINGWAY )
153 MARTIN LUTHER KING JR. DRIVE )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE (843) 362-2860 )
)
PLAINTIFF WILLIE J. PETERSON )
1858 ST. LUKE CHURCH ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE (843) 386-3968 )
)
PLAINTIFF EVELYN B. STUCKEY )
1303 FOXBAY ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE (843) 386-2268 )

)
PLAINTIFF HENRY C. MOORE )
2195 WILLOW GROVE ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE (843) 493-5321 )
)
PLAINTIFF JAMES LOUIS DAVIS )
POST OFFICE BOX 856 )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE (843) 493-2258 )
)
PLAINTIFF JOHN ROBERT DAVIS )
2010 HAVEN ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE (843) 493-2017 )
)
PLAINTIFF BOBBY L. BROWN )
1761 WEST MILLBRANCH ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE (843) 493-0016 )


PLAINTIFF PEARLIE B. WILCHER )
POST OFFICE BOX 920 )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE (843) 386-9089 )
)
PLAINTIFF JULIA B WILSON )
POST OFFICE BOX 1806 )
HEMINGWAY, SOUTH CAROLINA 29554 )
TELEPHONE (843) 558-5863 )
)
PLAINTIFF EMMIT EADDY JR. )
1327 RAILWAY AVENUE )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE (843) 386-2155 )
)
PLAINTIFF JO ANN ROGERS )
8058 PAGES COURT )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE (843) 362-3170 )
)
PLAINTIFF GRACIE ANN GAUSE )
1534 OAKRIDGE ROAD )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE (843) 362-1246 )

3

PLAINTIFF SADIE M. WEAVER )
8064 PAGES COURT )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE (843) 362-1295 )

PLAINTIFF MELVIN P. WEAVER )
8064 PAGES COURT )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE (843) 362-1295 )

PLAINTIFF EARL BELIN )
3847 SHADY ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE (843) 610-6535 )

PLAINTIFF LORETTA SPEARS )
2218 GRANT ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE (843) 616-0035 )
PLAINTIFF ANNIE R. BURGESS )

49 CHERRY ANN STREET )
HAMDEN, CONNECTICUT 06514 )

PLAINTIFF DAVID ALFONZA BURGESS )
49 HOWARD DRIVE )
HAMDEN, CONNECTICUT 06514 )

PLAINTIFF SUSIE CONYERS )
66 SHERMAN AVENUE )
NEW HAVEN, CONNECTICUT 06511 )

PLAINTIFF JOEL N. COUNSEL )
35 LATTANZI STREET )
WEST HAVEN, CONNECTICUT 06516 )

PLAINTIFF LINDA GUEST )
183 BUTLER STREET )
HAMDEN, CONNECTICUT 06514 )

PLAINTIFF SARAH B. HARRIS )
53 BUTLER STREET )
NEW HAVEN, CONNECTICUT 06511 )

)
)
PLAINTIFF INEZ JONES                                     )
88 FLOWER DRIVE                                          )
HAMDEN, CONNECTICUT 06518                                )

PLAINTIFF KATHLEEN C. LANGLEY                            )
27 REDFIELD STREET                                      )
NEW HAVEN, CONNECTICUT 06519                             )
                                                        )
PLAINTIFF LARRY LANGLEY                                  )
27 REDFIELD STREET                                      )
NEW HAVEN, CONNECTICUT 06519                             )
                                                        )
PLAINTIFF LOU LAWRENCE                                   )
85 BURKE STREET                                         )
HAMDEN, CONNECTICUT 06514                                )
                                                        )
PLAINTIFF MARGARET LEWIS                                 )
7 MAY STREET, APARTMENT #2                               )
NEW HAVEN, CONNECTICUT 06511                             )
                                                        )
PLAINTIFF CHARLENE MELTON                                )
47 FRANK STREET                                         )
NEW HAVEN, CONNECTICUT 06519                             )
                                                        )
PLAINTIFF ROBERTA S. COXUM                               )
257 GOODRICH STREET                                     )
HAMDEN, CONNECTICUT 06514                                )
                                                        )
PLAINTIFF PATRICIA HOLLEY                                )
139 PENDLETON STREET                                    )
NEW HAVEN, CONNECTICUT 06511                             )
                                                        )
PLAINTIFF SUSAN RAKEM                                    )
87 NORFOLK STREET                                       )
WEST HAVEN, CONNECTCUT 06516                             )
                                                        )
PLAINTIFF DEBORAH RUFFIN                                 )
120 SCHOONER DRIVE                                      )
NEWPORT NEWS, VIRGINIA 23602                             )
                                                        )
PLAINTIFF ALICE SMITH                                    )
25 BURKE STREET                                         )
HAMDEN, CONNECTICUT 06514
)

5

PLAINTIFF JUDY STANLEY )
892 TRENT STREET )
CHARLESTON, SOUTH CAROLINA 29414 )
)
PLAINTIFF GLADYS E. THORNE )
541 EASTERN STREET )
NEW HAVEN, CONNECTICUT 06513 )
)
PLAINTIFF WILBERT THORNE )
541 EASTERN STREET )
NEW HAVEN, CONNECTICUT 06513 )
)                                                        )
PLAINTIFF RUBY WILSON )
181 BUTLER STREET )
HAMDEN, CONNECTICUT 06514 )
)
PLAINTIFF TAMECA R. WILSON )
620 CAMDEN PLACE DRIVE )
WINSTON-SALEM, NORTH CAROLINA 27103 )
)
PLAINTIFF PATRICIA WITHERSPOON )
204 LAND STONE CIRCLE )
IRMO, SOUTH CAROLINA 29063 )
)
PLAINTIFF JAMES M. GRAHAM )
POST OFFICE BOX 293 )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE (843) 621-0103 )
)
PLAINTIFF LEMAR MALETTE )
2404 BLUFF ROAD )
MARION, SOUTH CAROLINA 29571 )
TELEPHONE (843) 431-6005 )
)
PLAINTIFF DELSENIOR BROWN )
12202 CARVERS BAY ROAD )
HEMINGWAY, SC 29554 )
)
PLAINTIFF JIMMIE L. ALLISON )
8525 HIGHWAY 9 )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE NO. 843-362-2181 )

PLAINTIFF WILLIE JAMES CONYERS )
823 EAST SEVEN MILE ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE NO.  843-493-5790 )

PLAINTIFF JOHHNY LEE CONYERS )
3750 LUCAS ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE NO. 803-469-0848 )

PLAINTIFF ALBERT L. DAVIS )
535 S. WISE DRIVE )
SUMTER, SOUTH CAROLINA 29150 )
TELEPHONE NO. 803-316-5916 )

PLAINTIFF SONDRA FE JOHNSON )
2404 OAKRIDGE ROAD )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE NO. 843-992-7940 )

PLANTIFF JERO DAVIS )
2402 OAKRIDGE ROAD )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE NO. 843-992-7944 )

PLANTIFF DOROTHY B. GREGG )
159 NORTH EMILY DRIVE )
LAKE CITY, SOUTH CAROLINA 29560 )
TELEPHONE NO. 843-394-3569 )

PLAINTIFF ALFRED BURROUGHS )
139 ANDERSON STREET )
LAKE CITY, SOUTH CAROLINA 29560 )
TELEPHONE NO. 843-380-4566 )

PLAINTIFF ALBERT L. JOHNSON )
2404 OAKRIDGE ROAD )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE NO. 843-992-7979 )                                    )

7

PLANTIFF DELORIS FELDER )
3330 CASH ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-386-433-1497 )

PLANTIFF JACQUELINE MCALLISTER )
3165 CRABAPPLE LANE )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONENO. 843-386-625-2165 )

PLANTIFF LATOYA COLES )
3330 CASH ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-386-206-9608 )

PLANTIFF MARGAREE RICHARDSON )
2134 WEST HIGHWAY 378 )
GRESHAM, SOUTH CAROLINA 29546 )
TELEPHONE NO. 843-625-2317 )

PLANTIFF BERNIE CONYERS )
3777 LUCAS ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE NO. 843-493-5289 )

PLANTIFF GLORIA D. FLEMING )
3319 OLD SALEM ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE NO. 843-250-2311 )

PLANTIFF ETTA ELLISON )
3082 CASH ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-625-2193 )

PLAINTIFF FELIX T. COOPER )
POST OFFICE BOX 552 )
HEMINGWAY, SOUTH CAROLINA  29555 )
TELEPHONE NO. 843-558-5877 )

PLAINTIFF BETTY LOU SMITH )
POST OFFICE BOX 552 )
HEMINGWAY, SOUTH CAROLINA 29554 )
TELEPHONE NO. 843-558-5877 )

PLAINTIFF LUEWAYNE MCALLISTER )
3165 CRABAPPLE LANE )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-472-8240 )

PLAINTIFF HATTIE FELDER )
3330 CASH ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO.  843-625-2445 )

PLAINTIFF LILLIE CAMPBELL )
3336 CASH ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-616-2830 )

PLAINTIFF GRACIE CAMPBELL )
502 EAST HIGHWAY 378 )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO.  843-616-2829 )

PLAINTIFF BOBBY SCOTT BELIN )
548 ASHLEY ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TEELPHONE NO. 843-453-3124 )

PLAINTIFF LEROY ELLERBY )
619 LEROY ROAD )
MARION, SOUTH CAROLINA 29571 )
TELEPHONE NO. 843-423-4025 )

PLANTIFF FRED ELLISON )
3082 CASH ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-3625-2193 )

PLANTIFF WILMER LEE DAVIS )
672 POSTON ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-386-3675 )


PLANTIFF ROBERT LEE THOMAS )
5426 HEMINGWAY HIGHWAY )
NESMITH, SOUTH CAROLINA 29580 )
TELEPHONE NO.  843-558-9649 )

PLANTIFF SYLVESTER DAVIS, JR, )
351 BASS ROAD )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE NO. 843-493-5439 )

PLANTIFF SENNIE LEE THOMAS )
5426 HEMINGWAY HIGHWAY )
NESMITH, SOUTH CAROLINA 29583 )
TELEPHONE NO. 843-558-9649 )

PLANTIFF OLLIE FARRAR )
159 NORTH EMILY DRIVE )
LAKE CITY, SOUTH CAROLINA 29560 )
TELEPHONE NO. 843-394-3569 )

PLANTIFF JOHNNIE SNOWDEN )
243 ROSLYN STREET )
ROCHESTERM NEW YORK 14619 )
TELEPHONE NO. 858 503-2457 )

PLAINTIFF SARAH HALL )
137 NEWHALL STREET )
NEW HAVEN, CONNECTICUT 06511 )
TELEPHONE NO. 203-776-0115 )

PLANTIFF CHARLES HALL )
137 NEWHALL STREET )
NEW HAVEN, CONNECTICUT 06511 )
TELEPHONE NO. 203-776-0115 )

10

PLAINTIFF MARY ELLEN BURGESS          )
172 STARR STREET                      )
NEW HAVEN, CONNECTICUT 06511          )
TELEPHONE NO.  203-772-3905           )

PLAINTIFF LEONA POLITE                )
28 COLLINS STREET                     )
HAMDEN, CONNECTICUT 06514             )
TELEPHONE NO. 203-248-2779            )

PLAINTIFF ANNETTE MOORE               )
247 CLINTONVILLE ROAD                 )
NORTH HAVEN, CONNECTICUT 06473        )
TELEPHONE NO. 203-234-9152            )

PLAINTIFF SAM WILLIAMS                )
501 SLIDET STEET APARTMENT # 111      )
SUMMERVILLE, SOUTH CAROLINA 29485     )
TELEPHONE NO.  843-394-3569           )

PLAINTIFF TAROLYN MOORE               )
170 STARR STREET                      )
NEW HAVEN, CONNECTICUT 06511          )
TELEPHONE NO. 203-234-9152            )

PLAINTIFF HERCULES W. REAVES          )
308 TUCKER COURT                      )
MULLINS, SC 29574                     )

PLAINTIFF CHRISTINE CARR              )
49 HOWARD AVE                         )
HAMDEN, CONNECTICUT 06516             )
TELEPHONE NO. 203-230-5828            )

PLAINTIFF EDITH SCOTT                 )
235 ROSELYN STREET                    )
ROCHESTER, NEW YORK 14619             )
TELEPHONE NO. 585-464-0475            )

11

108 BURNING BUSH DRIVE )
ROCHESTER, NEW YORK 14606 )
TELEPHONE NO. 585-426-3964 )

PLAINTIFF ANNA ODONKOR )
1500-10 WINDWILLOW WAY )
ROCHESTER, NEW YORK 14626 )
TELEPHONE NO. 585-889-4668 )

PLAINTIFF ALIFAIR SNOWDEN )
203 MEADOW CIRCLE )
ROCHESTER, NEW YORK 14609 )
TELEPHONE NO. 585-342-2708 )

PLAINTIFF EUGENE SNOWDEN )
203 MEADOW CIRCLE )
ROCHESTER, NEW YORK 14609 )
TELEPHONE NO. 585-342-2708 )

PLAINTIFF RUBY LEE ALLISON CARTER )
300 WATER WHEEL COURT )
MCDONOUGH, GEORGIA 30253 )
TELEPHONE NO. 678-234-6689 )

PLAINTIFF WELDON DAVIS )
5737 LARCHWOOD AVENUE )
PHILADELPHIA, PENNSYLVANIA 19143 )

PLAINTIFF ELBERT BELIN )
3847 SHADY ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843- 409-1589 )

PLAINTIFF AQUILLA DAVIS )
718 POSTON ROAD )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-386-3973 )

PLAINTIFF MODESS A. SMITH )
13 BRADLEY CIRCLE )
MIDDLETOWN, DELAWARE 19709 )
TELEPHONE NO. 302-449-0244 )

PLAINTIFF HENRY LOUIS COE )
211 MAGNOLIA STREET )
DARLINGTON, SOUTH CAROLINA 29532 )
TELEPHONE NO. 843-393-5684 )

211 MAGNOLIA STREET )
DARLINGTON, SOUTH CAROLINA 29532 )
TELEPHONE NO. 843-393-5684 )

PLAINTIFF LOUISE SNOWDEN )
137 CARRINGTON DRIVE )
ROCHESTER, NEW YORK 14626 )
TELEPHONE NO. 585-368-0531 )

PLAINTIFF BETTY C WEAVER )
2329 SOUTH PAMPLICO HIGHWAY )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE NO. 843-493-2330 )

PLAINTIFF ROBERT J WEAVER, SR )
2329 SOUTH PAMPLICO HIGHWAY )
PAMPLICO, SOUTH CAROLINA 29583 )
TELEPHONE NO. 843-493-2330 )

PLAINTIFF FANNIE MELETTE )
300 FOWLER ROAD )
MARION, SOUTH CAROLINA 29571 )
TELEPHONE NO. 843-610-0129 )

PLAINTIFF ISRAEL DAVIS )
740 DULIE LANE )
JOHNSONVILLE, SOUTH CAROLINA 29555 )
TELEPHONE NO. 843-493-1936 )

PLAINTIFF LOUISE TIMMONS                         )
137 CARRINGTON DRIVE                             )
ROCHESTER, NEW YORK 14626                        )
TELEPHONE NO. 585-368-0531                       )

PLAINTIFF VERNELL JOHNSON                        )
POST OFFICE BOX 343                              )
EFFINGHAM, SOUTH CAROLINA 29541                  )
TELEPHONE NO. 843-496-0165                       )

PLAINTIFF JANIE ALLISON DAVIS                    )
108 DAVIS JENKINS ROAD                           )
COLUMBIA, SOUTH CAROLINA 29229                   )
TELEPHONE NO. 843-736-7085                       )

PLAINTIFF MAGGIE MAE GRAHAM                      )
330 AZALEA DRIVE                                 )
JOHSONVILLE, SOUTH CAROLINA 29555                )
TELEPHONE NO.843-380-1395                        )

PLAINTIFF MARVIN C. DAVIS, III                   )
1935 BUSTARD ROAD                                )
HARLEYSVILLE, PENNSYLVANIA 19438                 )
TELEPHONE NO. 215-361-1587                       )

PLAINTIFF MAXWELL DAVIS                          )
719-E SAINT LIKE CHURCH ROAD                     )
JOHNSONVILLE, SOUTH CAROLINA 29555               )
TELEPHONE NO. 843-493-2543                       )

PLAINTIFF BETTY DAVIS                            )
114 EAST LAUREL STREET                           )
FLORENCE, SOUTH CAROLINA 29506                   )
TELEPHONE NO. 843-617-7005                       )



                                                 )
                                                 )
            VS.                                  )

14

```
                                        )
                                        )
BLACK FARMERS ASSOCIATION               )
SETTELEMENT ADMINISTRATOR               )
P.O. BOX 4028                           )
PORTLAND, OR 97208-4028                 )
                                        )
_____   )
```

## INTRODUCTION

This comes to file a complaint of discrimination against the Black Farmers Association

Settlement Administrator for depriving the plaintiffs of the right to receive packets according to

the Court Order (name of Court Order)

## PARTIES

1.     Plaintiff Reverend Franklin C. Reaves, PH.D is a resident of South Carolina, living in
South Carolina.

2.     Plaintiff Pastor Sarah Arnold is a resident of South Carolina, living in South Carolina.

3.     Plaintiff Reverend John Wilcher is a resident of South Carolina, living in South
Carolina.

4.     Plaintiff Annie R. Burgess is a resident of Connecticut, living in Connecticut.

5.     Plaintiff David A. Burgess is a resident of Connecticut, living in Connecticut.

6.     Plaintiff Susie Conyers is a resident of Connecticut, living in Connecticut.

7.     Plaintiff Joel N. Counsel is a resident of Connecticut, living in Connecticut.

8.     Plaintiff Roberta S. Coxum is a resident of Connecticut, living in Connecticut.

9.     Plaintiff Linda S. Guest is a resident of Connecticut, living in Connecticut.

10.    Plaintiff Sarah B. Harris is a resident of Connecticut, living in Connecticut.

11.    Plaintiff Patricia Holley is a resident of Connecticut, living in Connecticut.

12.    Plaintiff Inez Jones is a resident of Connecticut, living in Connecticut.

13.    Plaintiff Kathleen C. Langley is a resident of Connecticut, living in Connecticut.

14.    Plaintiff Larry Langley is a resident of Connecticut, living in Connecticut.

15.    Plaintiff Lou Lawrence is a resident of Connecticut, living in Connecticut.

16.    Plaintiff Margaret Lewis is a resident of Connecticut, living in Connecticut.

17.    Plaintiff Charlene Melton is a resident of Connecticut, living in Connecticut.

18.    Plaintiff Susan Rakem is a resident of Connecticut, living in Connecticut.

19.    Plaintiff Deborah Ruffin is a resident of Virginia, living in Virginia.

20.    Plaintiff Alice Smith is a resident of Connecticut, living in Connecticut.

21.    Plaintiff Judy Stanley is a resident of South Carolina, living in South Carolina.

22.    Plaintiff Gladys E. Thorne is a resident of Connecticut, living in Connecticut.

23.    Plaintiff Wilbert Thorne is a resident of Connecticut, living in Connecticut.

24.    Plaintiff Julia Wilson is a resident of South Carolina, living in South Carolina.

25.    Plaintiff Ruby Wilson is a resident of Connecticut, living in Connecticut.

26.    Plaintiff Tameca R. Wilson is a resident of North Carolina living in North Carolina.

27.    Plaintiff Patricia Witherspoon is a resident of South Carolina, living in South Carolina.

28.    Plaintiff Albert Johnson is a resident of South Carolina, living in South Carolina.

29.    Plaintiff Roger Arnold is a resident of South Carolina, living in South Carolina.

30.    Plaintiff Deloris Felder is a resident of South Carolina, living in South Carolina.

31.    Plaintiff Jacqueline McAllister is a resident of South Carolina, living in South Carolina.

32.    Plaintiff Latoya Coles is a resident of South Carolina, living in South Carolina.

16

33.    Plaintiff Margaree Richardson is a resident of South Carolina, living in South Carolina.

34.    Plaintiff James L. Davis is a resident of South Carolina, living in South Carolina.

35.    Plaintiff John R. Davis is a resident of South Carolina, living in South Carolina.

36.    Plaintiff Bobby L. Brown is a resident of South Carolina, living in South Carolina.

37.    Plaintiff Luewayne McAllister is a resident of South Carolina, living in South Carolina.

38.    Plaintiff Evelyn B. Stuckey is a resident of South Carolina, living in South Carolina

39.    Plaintiff Alfred Burroughs is a resident of South Carolina, living in South Carolina

40.    Plaintiff Henry C. Moore is a resident of South Carolina, living in South Carolina

41.    Plaintiff Earl Belin is a resident of South Carolina, living in South Carolina

42.    Plaintiff Susie Hemingway is a resident of South Carolina, living in South Carolina

43.    Plaintiff Darlene Johnson Davis is a resident of South Carolina, living in South Carolina.

44.    Plaintiff Lue Thelma Johnson is a resident of South Carolina, living in South Carolina.

45.    Plaintiff Meristein Moore is a resident of South Carolina, living in South Carolina.

46.    Plaintiff Kenyatta Moore is a resident of South Carolina, living in South Carolina.

47.    Plaintiff Carolyn T. Cooper is a resident of South Carolina, living in South Carolina.

48.    Plaintiff Leathia Mae Brown is a resident of South Carolina, living in South Carolina

49.    Plaintiff David Jerome Curry is a resident of South Carolina, living in South Carolina

50.    Plaintiff Martha B. Curry is a resident of South Carolina, living in South Carolina

51.    Plaintiff Catherine Belin is a resident of South Carolina, living in South Carolina

52.    Plaintiff Carolyn Hemingway is a resident of South Carolina, living in South Carolina

53.    Plaintiff Pearlie B. Wilcher is a resident of South Carolina, living in South Carolina

54.    Plaintiff Emmit Eaddy Jr. is a resident of South Carolina, living in South Carolina

55.    Plaintiff  Jo Ann Rogers is a resident of South Carolina, living in South Carolina

56.    Plaintiff Gracie Ann Gause is a resident of South Carolina, living in South Carolina

57.    Plaintiff Sadie Weaver is a resident of South Carolina, living in South Carolina

58.    Plaintiff Melvin P. Weaver is a resident of South Carolina, living in South Carolina

59.    Plaintiff Loretta Spears is a resident of South Carolina, living in South Carolina

60.    Plaintiff Roberta S. Coxum is a resident of Connecticut, living in Connecticut.

61.    Plaintiff James M. Graham is a resident of South Carolina, living in South Carolina

62.    Plaintiff Lemar Malette is a resident of South Carolina, living in South Carolina

63.    Plaintiff Delsenior Brown is a resident of South Carolina, living in South Carolina

64.    Plaintiff Jimmie L. Allison is a resident of South Carolina, living in South Carolina

65.    Plaintiff Donna Burroughs is a resident of South Carolina, living in South Carolina

66.    Plaintiff Willie J. Conyers is a resident of South Carolina, living in South Carolina

67.    Plaintiff Johnny Lee Conyers is a resident of South Carolina, living in South Carolina

68.    Plaintiff Albert L. Davis is a resident of South Carolina, living in South Carolina

69.    Plaintiff Sondra Fe Johnson is a resident of South Carolina, living in South Carolina

70.    Plaintiff Jero Davis is a resident of South Carolina, living in South Carolina

71.    Plaintiff Dorothy Gregg is a resident of South Carolina, living in South Carolina

72.    Plaintiff Albert L. Johnson is a resident of South Carolina, living in South Carolina

73.    Plaintiff Bernie Conyers is a resident of South Carolina, living in South Carolina

74.    Plaintiff Gloria D. Fleming is a resident of South Carolina, living in South Carolina

75.    Plaintiff Etta Ellison is a resident of South Carolina, living in South Carolina

76.     Plaintiff Felix T. Cooper is a resident of South Carolina, living in South Carolina

77.     Plaintiff Betty Lou Smith is a resident of South Carolina, living in South Carolina

78.     Plaintiff Hattie Felder is a resident of South Carolina, living in South Carolina

79.     Plaintiff Lillie Campbell is a resident of South Carolina, living in South Carolina

80.     Plaintiff Gracie Campbell is a resident of South Carolina, living in South Carolina

81.     Plaintiff Bobby S. Belin is a resident of South Carolina, living in South Carolina

82.     Plaintiff Leroy Ellerby is a resident of South Carolina, living in South Carolina

83.     Plaintiff Fred Ellison is a resident of South Carolina, living in South Carolina

84.     Plaintiff Wilmer Davis is a resident of South Carolina, living in South Carolina

85.     Plaintiff Robert Lee Thomas is a resident of South Carolina, living in South Carolina

86.     Plaintiff Sylvester Davis Jr. is a resident of South Carolina, living in South Carolina

87.     Plaintiff Sennie L. Thomas is a resident of South Carolina, living in South Carolina

88.     Plaintiff Ollie Farrar is a resident of South Carolina, living in South Carolina

89.     Plaintiff Johnnie Snowden is a resident of New York, living in New York

90.     Plaintiff Sarah Hall is a resident of Connecticut, living in Connecticut

91.     Plaintiff Charles Hall is a resident of Connecticut, living in Connecticut

92.     Plaintiff Mary Ellen Burgess is a resident of Connecticut, living in Connecticut

93.     Plaintiff Leona Polite is a resident of Connecticut, living in Connecticut

94.     Plaintiff Annette Moore is a resident of Connecticut, living in Connecticut

95.     Plaintiff Sam Williams is a resident of South Carolina, living in South Carolina

96.     Plaintiff Tarolyn Moore is a resident of Connecticut, living in Connecticut

97.     Plaintiff Hercules Reaves is a resident of South Carolina, living in South Carolina

98.     Plaintiff Christine Carr is a resident of Connecticut, living in Connecticut

100.    Plaintiff Edith Scott is a resident of New York living in New York

101.    Plaintiff Whitmore Cunningham, Jr. is a resident of New York, living in New York

102.    Plaintiff Anna Odonkor is a resident of New York, living in New York

103.    Plaintiff Alifair Snowden is resident of New York, living in New York

104.    Plaintiff Eugene Snowden is a resident of New York, living in New York

105.    Plaintiff Ruby Lee Allison Carter is a resident of Georgia, living in Georgia

106.    Plaintiff Weldon Davis is a resident of Pennsylvania, living in Pennsylvania

107.    Plaintiff Modess A. Smith is a resident of Delaware, living in Delaware

108.    Plaintiff Henry Louis Coe is a resident of South Carolina, living in South Carolina

109.    Plaintiff Louise Snowden is a resident of New York, living in New York

110.    Plaintiff Louise Timmons is a resident of New York, living in New York

111.    Plaintiff Vernell Johnson is a resident of South Carolina, living in South Carolina

112.    Plaintiff Janie Allison Davis is a resident of South Carolina, living in South Carolina

113.    Plaintiff Marvin C. Davis, III is a resident of Pennsylvania, living in Pennsylvania

114.    Plaintiff Maxwell Davis is a resident of South Carolina, living in South Carolina

115.    Plaintiff Betty Davis is a resident of South Carolina, living in South Carolina

116.    Plaintiff Betty C Weaver is a resident of South Carolina, living in South Carolina

117.    Plaintiff Robert J Weaver, Jr. is a resident of South Carolina, living in South Carolina

118.    Plaintiff Fannie Melette is a resident of South Carolina, living in South Carolina

119.    Plaintiff Israel Davis is a resident of South Carolina, living in South Carolina

120.    Plaintiff Elbert Belin is a resident of South Carolina, living in South Carolina

121.    Plaintiff Aquilla Davis is a resident of South Carolina, living in South Carolina

122.   Plaintiff Maggie Mae Graham is a resident of South Carolina, living in South Carolina

123.   Plaintiff Gracie Gause is a resident of South Carolina, living in South Carolina

124.   Plaintiff Annie R Davis is a resident of South Carolina, living in South Carolina

125.   Plaintiff Jo Ann Rogers is resident of South Carolina, living in South Carolina

## DEFENDANTS

Black Farmers Association Settlement Administrator, Post Office Box 4028, Portland, OR
97208-4028

## FACTS

1. On October 27, 2011, the United States District Court for the District of Columbia
entered an order in In re Black Farmers Discrimination Litigation, misc.no.08-mc-511(PLF).

2. In 1997, a putative class of African-American farmers brought suit against USDA
under, *inter alia*, the Equal Opportunity Act, 15 U.S.C paragraphs 1691-1691f, for alleged
discriminatory actions in the acquisition of farm credit, credit servicing, and non-credit farm
benefits.  This case was called *Pigford v. Glickman*, No. 97-1978 (D.D.C.) ("Pigford").

3. On January 5, 1999, the Court in *Pigford* certified the following Class pursuant to
Federal Rule of Civil Procedure 23(b) (3):

All African American farmers who (1) farmed, or attempted to farm, between January 1, 1981 and December 31, 1996; (2) applied to [USDA] during that time period for participation in a federal farm credit or benefit program and who believed that they were discriminated against on the basis of race in USDA's response to that application; and (3) filed a discrimination complaint on or before July 1, 1997, regarding USDA's treatment of such farm credit or benefit application.

4. On November 30, 2010 and December 8, 2010 respectively, Congress passed and the President signed into law Pub. L. 111-291, which provided an additional $1,150,000,000 "to carry out the terms of [this] Settlement Agreement."

5. A ruling on the Black Farmers Case settling the long standing dispute in the Pigford Case. As required by the Court Order, plaintiffs have consistently called the Black Farmers Association Claims Administrator and requested a package to file a claim. The Black Farmers Association Settlement Administrator has refused to mail the plaintiffs a packet to file a settlement denying them the opportunity to file a claim. The fact that the plaintiffs have been deprived of the opportunity to receive a packet by the Black Farmers Association Settlement Administrator, we have been discriminated against.

6. The order requires that to obtain a Claim Determination under this Agreement, a Claimant must be a Class Member and must submit a Complete Claim Package to the Claims

Administrator by the Claim Deadline (180 days from the Final Approval Date). A "Complete Claim Package" must include:

      a. A completed Claim Form (Ex. C), including the Claimant's declaration, under penalty of perjury, that each of the statements provided by the Claimant is true and correct;

      b. For a Track A Claimant who seeks a Track A Loan Award, a statement that the Claimant seeks such an award and an executed Authorization to Disclose Debt Information Form (Ex. D);

      c. A declaration by the Claimant's Counsel, whether Class Counsel or Individual Counsel, made under penalty of perjury, that to the best of the attorney's knowledge, information, and belief formed after an inquiry reasonable under the circumstances, the claim is supported by existing law and the factual contentions have evidentiary support. For Claimants proceeding without counsel, the declaration on the Claim Form (Ex. C) is sufficient to satisfy this requirement;

      d. For a Claimant who is deceased, (a) a death certificate and(b) either (i) proof of legal representation, or (ii) a sworn statement describing why the submitting individual believes he or she will be appointed the legal representative of the Claimant's estate; and

e.  For a Claimant unable to submit a claim on his or her own behalf due to a physical or mental limitation, (a) proof of legal representation or (b) a sworn statement describing why the Claimant is unable to submit a claim on his or her own behalf and why the submitting individual asserts a right to do so on the Claimant's behalf

The submission date of the Claim Package shall be the date of postmark if the Claim Package is sent via first-class mail, the date of deposit if sent by courier or overnight delivery, and the date of transmission if sent electronically

7. The Black Farmers Claims Administration have discriminated against the Plaintiffs by denying them packets after they have made proper request pursuant to the Court Order.

8. The Black Farmers Claims Administration discriminated against the Plaintiffs by being denied packets after calling 1-877-810-8110 as instructed by that agency.

9. The Black Farmers Claims Administration discriminated against the Plaintiffs by giving them invalid tracking numbers.

10. The Black Farmers Claims Administration denied Plaintiffs the opportunity to choose Track A as provided by the Court Order.

11. The Black Farmers Claims Administration denied Plaintiffs the opportunity to choose Track B as provided by the Court Order.

12.   The Black Farmers Claims Administration failed to make every reasonable effort to complete the determination within ten (10) days of receipt of the claim as provided by the Court Order by failing to provide packets upon request as provided by Court Order.

13. The Black Farmers Claims Administration discriminated against the plaintiffs by failing to follow the mandates required by the Court Order.

14. The plaintiffs have been unable to submit claims for themselves because of the Black Farmers Claims Administration failed to provide them with packets.

15. The plaintiffs have been unable to submit claims for the claimant who is deceased because of the Black Farmers Claims Administration failed to provide them with packets.

16. The Black Farmers Claims Administration denied plaintiffs the opportunity to mail packets by failing to send them packets upon request; therefore, there is no date of postmark of the claim on file in violation of the Court Order.

Respectfully Submitted

PLAINTIFF REVEREND FRANKLIN C. REAVES, PH.D.
POST OFFICE BOX 254
CHADBOURN, NORTH CAROLINA 28431
TELEPHONE (910) 918-2762

PLAINTIFF DARLENE JOHNSON DAVIS
933 FRANKLIN DRIVE
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 597-7168

PLAINTIFF LUE THELMA JOHNSON
2408 WEST HIGHWAY 378
GRESHAM, SOUTH CAROLINA 29546
TELEPONE (843) 362-0799

PLAINTIFF MERISTEIN MOORE
2413 WEST HIGHWAY 378
GRESHAM, SOUTH CAROLINA
TELEPHONE (843) 362-9906

PLAINTIFF KENYATTA MOORE
2413 WEST HIGHWAY 378
GRESHAM, SOUTH CAROLINA
TELEPHONE (843) 601-3762

PLAINTIFF CAROLYN T. COOPER

1

POST OFFICE BOX 552
HEMINGWAY, SOUTH CAROLINA 29554
TELEPHONE (843) 558-5877


PLAINTIFF LEATHIA MAE BROWN
916 WRIGHT BOULEVARD, APARTMENT A
HIGHWAY 378
CONWAY, SOUTH CAROLINA 29527
TELEPHONE (843) 456-2351


PLAINTIFF DAVID JEROME CURRY
458 EAST HIGHWAY 378 HANNAH
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 493-3690


PLAINTIFF MARTHA B. CURRY
458 EAST HIGHWAY 378 HANNAH
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 493-3690


PLAINTIFF CATHERINE BELIN
1619 SOUTH OLD RIVER ROAD
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 496-9346


PLAINTIFF CAROLYN HEMINGWAY
153 MARTIN LUTHER KING JR. DRIVE
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE (843) 362-2860


PLAINTIFF WILLIE J. PETERSON

2

1858 ST. LUKE CHURCH ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 386-3968

*Evelyn B. Stuckey*

PLAINTIFF EVELYN B. STUCKEY
1303 FOXBAY ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 386-2268

*Henry C. Moore*

PLAINTIFF HENRY C. MOORE
2195 WILLOW GROVE ROAD
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 493-5321

*James L. Davis*

PLAINTIFF JAMES LOUIS DAVIS
POST OFFICE BOX 856
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 493-2258

*John Robert Davis*

PLAINTIFF JOHN ROBERT DAVIS
2010 HAVEN ROAD
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 493-2017

*Bobby L. Brown*

PLAINTIFF BOBBY L. BROWN
1761 WEST MILLBRANCH ROAD
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 493-0016

*Pearlie B. Wilcher*

PLAINTIFF PEARLIE B. WILCHER
POST OFFICE BOX 920
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 386-9089

3

_____
PLAINTIFF JULIB WILSON
POST OFFICE BOX 1806
HEMINGWAY, SOUTH CAROLINA 29554
TELEPHONE (843) 558-5863

_____
PLAINTIFF EMMIT EADDY JR.
1327 RAILWAY AVENUE
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 386-2155

_____
PLAINTIFF JO ANN ROGERS
8058 PAGES COURT
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE (843) 362-3170

_____
PLAINTIFF GRACIE ANN GAUSE
1534 OAKRIDGE ROAD
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE (843) 362-1246

_____
PLAINTIFF SADIE M. WEAVER
8064 PAGES COURT
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE (843) 362-1295

_____
PLAINTIFF MELVIN P. WEAVER
8064 PAGES COURT
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE (843) 362-1295

_____
PLAINTIFF EARL BELIN

4

3847 SHADY ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 610-6535


_Loretta Spears_

PLAINTIFF LORETTA SPEARS
2218 GRANT ROAD
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 616-0035


_David Alfonzo Burgess_

PLAINTIFF DAVID ALFONZA BURGESS
49 HOWARD DRIVE
HAMDEN, CONNECTICUT 06514


_Susie Conyers_

PLAINTIFF SUSIE CONYERS
66 SHERMAN AVENUE
NEW HAVEN, CONNECTICUT 06511


_Joel N. Counsel_

PLAINTIFF JOEL N. COUNSEL
35 LATTANZI STREET
WEST HAVEN, CONNECTICUT 06516


_Linda Guest_

PLAINTIFF LINDA GUEST
183 BUTLER STREET
HAMDEN, CONNECTICUT 06514


_Sarah B Harris_

PLAINTIFF SARAH B. HARRIS
53 BUTLER STREET
NEW HAVEN, CONNECTICUT 06511


_Inez Jones_

PLAINTIFF INEZ JONES

88 FLOWER DRIVE
HAMDEN, CONNECTICUT 06518


PLAINTIFF KATHLEEN C. LANGLEY
27 REDFIELD STREET
NEW HAVEN, CONNECTICUT 06519


PLAINTIFF LARRY LANGLEY
27 REDFIELD STREET
NEW HAVEN, CONNECTICUT 06519


PLAINTIFF LOU LAWRENCE
85 BURKE STREET
HAMDEN, CONNECTICUT 06514


PLAINTIFF MARGARET LEWIS
7 MAY STREET, APARTMENT #2
NEW HAVEN, CONNECTICUT 06511


PLAINTIFF CHARLENE MELTON
47 FRANK STREET
NEW HAVEN, CONNECTICUT 06519


PLAINTIFF ROBERTA S. COXUM
257 GOODRICH STREET
HAMDEN, CONNECTICUT 06514


PLAINTIFF PATRICIA HOLLEY
139 PENDLETON STREET
NEW HAVEN, CONNECTICUT 06511

PLAINTIFF SUSAN RAKEM
87 NORFOLK STREET
WEST HAVEN, CONNECTCUT 06516

PLAINTIFF DEBORAH RUFFIN
120 SCHOONER DRIVE
NEWPORT NEWS, VIRGINIA 23602

PLAINTIFF ALICE SMITH
25 BURKE STREET
HAMDEN, CONNECTICUT 06514

PLAINTIFF JUDY STANLEY
892 TRENT STREET
CHARLESTON, SOUTH CAROLINA 29414

PLAINTIFF GLADYS E. THORNE
541 EASTERN STREET
NEW HAVEN, CONNECTICUT 06513

PLAINTIFF WILBERT THORNE
541 EASTERN STREET
NEW HAVEN, CONNECTICUT 06513

PLAINTIFF JULIE WILSON
POST OFFICE BOX 1806
HEMINGWAY, SOUTH CAROLINA 29554

PLAINTIFF RUBY WILSON

181 BUTLER STREET
HAMDEN, CONNECTICUT 06514

PLAINTIFF TAMECA R. WILSON
620 CAMDEN PLACE DRIVE
WINSTON-SALEM, NORTH CAROLINA 27103

PLAINTIFF PATRICIA WITHERSPOON
204 LAND STONE CIRCLE
IRMO, SOUTH CAROLINA 29063

PLAINTIFF JAMES M. GRAHAM
POST OFFICE BOS 293
JOHNSONVILLE, SOUTH CAROLINA
TELEPHONE (843) 621-0103

PLAINTIFF LEMAR MALETTE
2404 BLUFF ROAD
MARION, SOUTH CAROLINA 29571
TELEPHONE (843) 431-6005

PLAINTIFF DELSENIOR BROWN
12202 CARVERS BAY ROAD
HEMINGWAY, SC 29554

PLAINTIFF PASTOR SARAH SIMON-ARNOLD
POST OFFICE BOX 1072
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE  NO.  843-386-28933

8

PLAINTIFF   DONNNA BURROUGHS
139 ANDERSON STREET
LAKE CITY, SOUTH CAROLINA 29560
TELEPHONE NO.   843-380-4566


PLAINTIFF JIMMIE L. ALLISON
8525 HIGHWAY 9
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE NO. 843-362-2181


PLAINTIFF WILLIE JAMES CONYERS
823 EAST SEVEN MILE ROAD
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE NO.  843-493-5790


PLAINTIFF JOHHNY LEE CONYERS
3750 LUCAS ROAD
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE NO. 803-469-0848


PLAINTIFF ALBERT L. DAVIS
535 S. WISE DRIVE
SUMTER, SOUTH CAROLINA 29150
TELEPHONE NO. 803-316-5916


PLAINTIFF SONDRAFE JOHNSON
2404 OAKRIDGE ROAD
GRESHAM, SOUTH CAROLINA 29546

9

TELEPHONE NO. 843-992-7940

_____

PLAINTIFF JERO DAVIS
2402 OAKRIDGE ROAD
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE NO. 843-992-7944

_____

PLAINTIFF DOROTHY B. GREGG
159 NORTH EMILY DRIVE
LAKE CITY, SOUTH CAROLINA 29560
TELEPHONE NO. 843-394-3569

_____

PLAINTIFF ALFRED BURROUGHS
139 ANDERSON STREET
LAKE CITY, SOUTH CAROLINA 29560
TELEPHONE NO. 843-380-4566

_____

PLAINTIFF ALBERT L. JOHNSON
2404 OAKRIDGE ROAD
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE NO. 843-992-7979

_____

PLAINTIFF ROGER ARNOLD
POST OFFICE 1072
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-386-2933

PLAINTIFF DELORIS FELDER
3330 CASH ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-386-433-1497

PLAINTIFF JACQUELINE MCALLISTER
3165 CRABAPPLE LANE
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-386-625-2165

PLAINTIFF LATOYA COLES
3330 CASH ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-386-206-9608

PLAINTIFF MARGAREE RICHARDSON
2134 WEST HIGHWAY 378
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE NO. 843-625-2317

PLAINTIFF BERNIE CONYERS
3777 LUCAS ROAD
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE NO. 843-493-5289

PLAINTIFF GLORIA D. FLEMING
3319 OLD SALEM ROAD
PAMPLICO, SOUTH CAROLINA 29583

11

TELEPHONE NO. 843-250-2311


PLAINTIFF ETTA ELLISON
3082 CASH ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-625-2193


PLAINTIFF HERCULES W. REAVES
308 TUCKER COURT
MULLINS, SC 29574


PLAINTIFF SUSIE HEMINGWAY
737 ASHLEY ROAD
JOHNSONVILLE, SC 29555
TELEPHONE NO. 843-493-2240


PLAINTIFF FELIX T. COOPER
POST OFFICE BOX 552
HEMINGWAY, SOUTH CAROLINA  29555
TELEPHONE NO. 843-558-5877


PLAINTIFF BETTY LOU SMITH
POST OFFICE BOX 552
HEMINGWAY, SOUTH CAROLINA 29554
TELEPHONE NO. 843-558-5877


PLAINTIFF LUEWAYNE MCALLISTER
3165 CRABAPPLE LANE

JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-472-8240

PLAINTIFF HATTIE FELDER
3330 CASH ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO.  843-625-2445

PLAINTIFF LILLIE CAMPBELL
3336 CASH ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-616-2830

PLAINTIFF GRACIE CAMPBELL
502 EAST HIGHWAY 378
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO.  843-616-2829

PLAINTIFF BOBBY SCOTT BELIN
548 ASHLEY ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TEELPHONE NO. 843-453-3124

PLAINTIFF LEROY ELLERBY
619 LEROY ROAD
MARION, SOUTH CAROLINA 29571
TELEPHONE NO. 843-423-4025

_[signature]_

PLANTIFF FRED ELLISON
3082 CASH ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-3625-2193

_[signature]_

PLANTIFF WILMER LEE DAVIS
672 POSTON ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE NO. 843-386-3675

_[signature]_

PLANTIFF ROBERT LEE THOMAS
5426 HEMINGWAY HIGHWAY
NESMITH, SOUTH CAROLINA 29580
TELEPHONE NO.  843-558-9649

_[signature]_

PLANTIFF SYLVESTER DAVIS, JR.
351 BASS ROAD
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE NO. 843-493-5439

_[signature]_

PLANTIFF SENNIE LEE THOMAS
5426 HEMINGWAY HIGHWAY
NESMITH, SOUTH CAROLINA 29583
TELEPHONE NO. 843-558-9649

_[signature]_

PLANTIFF OLLIE FARRAR
159 NORTH EMILY DRIVE
LAKE CITY, SOUTH CAROLINA 29560

TELEPHONE NO. 843-394-3569

_Johnnie Snowden_

PLANTIFF JOHNNIE SNOWDEN
243 ROSLYN STREET
ROCHESTERM NEW YORK 14619
TELEPHONE NO. 858 503-2457

_Sarah Hall_

PLAINTIFF SARAH HALL
137 NEWHALL STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE NO. 203-776-0115

_Charles Hall_

PLAINTIFF CHARLES HALL
137 NEWHALL STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE NO. 203-776-0115

_Mary Ellen Burgess_

PLAINTIFF MARY ELLEN BURGESS
172 STARR STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE NO. 203-772-3905

_Leona Polite_

PLAINTIFF LEONA POLITE
28 COLLINS STREET
HAMDEN, CONNECTICUT 06514
TELEPHONE NO. 203-248-2779

_Annette Moore_

PLAINTIFF ANNETTE MOORE

247 CLINTONVILLE ROAD
NORTH HAVEN, CONNECTICUT 06473
TELEPHONE NO. 203-234-9152

_Sam Williams Jr_

PLAINTIFF SAM WILLIAMS
501 SLIDET STEET APARTMENT # 111
SUMMERVILLE, SOUTH CAROLINA 29485
TELEPHONE NO.  843-394-3569

_Taralyn Moore_

PLAINTIFF TAROLYN MOORE
170 STARR STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE NO. 203-234-9152

PLAINTIFF REVEREND JOHN WILCHER
POST OFFICE BOX 920
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 386-9089

PLAINTIFF CHRISTINE CARR
49 HOWARD AVE
HAMDEN, CONNECTICUT
TELEPHONE (203)230-5828

PLAINTIFF EDITH SCOTT
243 ROSELYN STREET
ROCHESTER, NEW YORK 14619
TELEPHONE (585)464-0475

PLAINTIFF WHITMORE CUNNINGHAM, JR.
108 BURNING BUSH DRIVE
ROCHESTER, NEW YORK 14606
TELEPHONE (585) 426-3964

PLAINTIFF ANNA ODONKOR
1500-10 WINDWILLOW WAY
ROCHESTER, NEW YORK 14626
TELEPHONE (585)889-4668

PLAINTIFF ALIFAIR SNOWDEN
203 MEADOW CIRCLE
ROCHESTER, NEW YORK 14609
TELEPHONE (585)342-2708

PLAINTIFF EUGENE SNOWDEN
203 MEADOW CIRCLE
ROCHESTER, NEW YORK 14609
TELEPHONE (585) 342-2708

PLAINTIFF LOUISE SNOWDEN
137 CARRINGTON DRIVE
ROCHESTER, NEW YORK 14626
TELEPHONE (585)368-0531

PLAINTIFF LOUISE TIMMONS
137 CARRINGTON DRIVE
ROCHESTER, NEW YORK 14626
TELEPHONE (585) 368-0531

PLAINTIFF VERNELL JOHNSON
POST OFFICE BOX 343
EFFINGHAM, SOUTH CAROLINA 29541
TELEPHONE (843)496-0165

PLAINTIFF JANIE ALLISON DAVIS
108 DAVIS JENKINS ROAD
COLUMBIA, SOUTH CAROLINA 29229
TELEPHONE (843) 736-6085

PLAINTIFF MARVIN C. DAVIS, III
1935 BUSTARD ROAD
HARLEYSVILLE, PENNSYLVANIA 19438
TELEPHONE (215) 361-1587

PLAINTIFF MAXWELL DAVIS
719-E SAINT LUKE CHURCH ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 493-2543

PLAINTIFF RUBY LEE ALLISON CARTER
300 WATER WHEEL COURT
MCDONOUGH, GEORGIA 30253
TELEPHONE (678) 234-6689

PLAINTIFF WELDON DAVIS
5737 LARCHWOOD AVENUE
PHILADELPHIA, PENNSYLVANIA, 19143

PLAINTIFF MODESS A. SMITH
13 BRADLEY CIRCLE
MIDDLETOWN, DELAWARE 19709
TELEPHONE (302) 449-0244

PLAINTIFF HENRY LOUIS COE
211 MAGNOLIA STREET
DARLINGTON, SOUTH CAROLINA 29532
TELEPHONE (843) 393-5684

PLAINTIFF ANNIE RUTH ALLISON COE
211 MAGNOLIA STREET
DARLINGTON, SOUTH CAROLINA 29532
TELEPHONE (843) 393-5684

PLAINTIFF BETTY C. WEAVER
2329 SOUTH PAMPLICO HIGHWAY
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 493-2330

PLAINTIFF ROBERT J. WEAVER, SR
2329 SOUTH PAMPLICO HIGHWAY
PAMPLICO, SOUTH CAROLINA 29583
TELEPHONE (843) 493-2330

PLAINTIFF FANNIE MELETTE
300 FOWLER ROAD
MARION, SOUTH CAROLINA 29571
TELEPHONE (843)610-0129

PLAINTIFF ISRAEL DAVIS
740 DULIE LANE
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843)493-1936

PLAINTIFF ELBERT BELIN
3847 SHADY ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843)409-1589

20

PLAINTIFF AQUILLA DAVIS
718 POSTON ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843)386-3973


PLAINTIFF MAGGIE MAE GRAHAM
330AZALEA DRIVE
JOHNSONVILLE, SOUTH CAROLINA 29555
TELELPHONE (843)380-1395


PLAINTIFF GRACIE GAUSE
1534 OAKRIDGE ROAD
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE (843) 362-1246


PLAINTIFF ANNIE R DAVIS
672 POSTON ROAD
JOHNSONVILLE, SOUTH CAROLINA 29555
TELEPHONE (843) 386-3675


PLAINTIFF JO ANN ROGERS
7604 CASTLE CIRCLE
GRESHAM, SOUTH CAROLINA 29546
TELEPHONE (843)362-3296